IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMILLE COLON | : | CIVIL ACTION |
| v. | : | NO. 13-2708 |
| MERCY HOSPITAL | : | |

MEMORANDUM

PRATTER, J.                                                                                                  June 28, 2013

Plaintiff, Camille Colon, was given leave to file an amended complaint by Order dated May 28, 2013.  Ms. Colon, proceeding pro se, has submitted her amended complaint (Document No. 5), in which she is suing Mercy Hospital pursuant to Title VII, 42 U.S.C. § 2000e et seq. Ms. Colon alleges that Mercy Hospital discriminated against her based on her race and color. For the following reason, the amended complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

To state a claim under Title VII, Ms. Colon must allege at least some facts reflecting that her employer discriminated against her based upon her race and color.  See Fowler v. UMPC Shadyside, 578 F.3d 203, 211 (3d Cir. 2009).  Here, Ms. Colon states that from the first day she started working at Mercy Hospital she noticed that the office manager did not want her there. She also states that the manager and other office workers did not give her "log on information" so that she could do her job.  She was fired.  These allegations do not support Ms. Colon's assertion that she was a victim of discrimination based on her race or color.

Accordingly, the Court will dismiss Ms. Colon's complaint for failure to state a claim. An order to that effect accompanies this Memorandum.