IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMILLE COLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCY HOSPITAL | : | NO. 13-2708 |

O R D E R

AND NOW, this 28th day of June, 2013, upon consideration of Ms. Colon's amended complaint (Document No. 5), it is ORDERED that:

1. The amended complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. Ms. Colon's Request for the Appointment of an Attorney (Document No. 4) is DENIED as moot.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.